UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | INDICTMENT |
| ERIC FOGGIE-STOKES,<br>  aka "Lil E," aka "E," aka "Slap," | 18 U.S.C. § 924(c)(1)(A)(i)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(vi) |
| DERRICK L. DAVIS, JR.,<br>  aka "ManMan," | 21 U.S.C. § 841(b)(1)(B)(vi)<br>21 U.S.C. § 841(b)(1)(B)(viii)<br>21 U.S.C. § 841(b)(1)(C) |
| and | 21 U.S.C. § 846<br>21 U.S.C. § 860(a) |
| KEVIN BOWERS, | |
| Defendants. | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

1. Beginning in or around October 2024, and continuing until the date of this Indictment, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendants, **ERIC FOGGIE-STOKES, DERRICK L. DAVIS, Jr., and KEVIN BOWERS**, knowingly and intentionally combined, conspired, and agreed, with each other and others known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances, including:

   a. 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

   b. 400 grams or more of a mixture or substance containing a detectable amount of

1

N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance; and

c. a mixture or substance containing a detectable amount cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(viii), 841(b)(1)(C), and 846.

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

2. On or about January 17, 2025, in the Southern District of Ohio, the defendant, **ERIC FOGGIE-STOKES,** did knowingly and intentionally possess with intent to distribute:

   a. 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and

   b. a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance,

within one thousand feet of the real property of a public or private elementary, vocational, or secondary school, specifically, Windsor Stem Academy.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(C), and 860(a).

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

3. On or about January 17, 2025, in the Southern District of Ohio, the defendant, **ERIC FOGGIE-STOKES,** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged in Count Two of this Indictment, the allegations of which are incorporated here by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT FOUR
### (Possession with Intent to Distribute Controlled Substances)

4. On or about April 15, 2025, in the Southern District of Ohio, the defendant, **DERRICK L. DAVIS, JR.,** did knowingly and intentionally possess with intent to distribute:

   a. a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

   b. a mixture or substance containing a detectable amount of, methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and

   c. a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT FIVE
### (Possession with Intent to Distribute Controlled Substances)

5. On or about June 5, 2025, in the Southern District of Ohio, the defendant, **ERIC FOGGIE-STOKES,** did knowingly and intentionally possess with intent to distribute:

   a. a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and

   b. a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT SIX
### (Possession with Intent to Distribute Controlled Substances)

6. On or about July 30, 2025, in the Southern District of Ohio, the defendant, **ERIC FOGGIE-STOKES,** did knowingly and intentionally possess with intent to distribute:

    a. a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and

    b. 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C).**

## COUNT SEVEN
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

7. On or about July 30, 2025, in the Southern District of Ohio, the defendant, **ERIC FOGGIE-STOKES**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged in Count Six of this Indictment, the allegations of which are incorporated here by reference.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## COUNT EIGHT
### (Possession with Intent to Distribute Fentanyl)

8. On or about November 25, 2025, in the Southern District of Ohio, the defendant, **KEVIN BOWERS,** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi).**

## COUNT NINE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

9. On or about November 25, 2025, in the Southern District of Ohio, the defendant, **KEVIN BOWERS**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as charged in Count Eight of this Indictment, the allegations of which are incorporated here by reference.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## FORFEITURE ALLEGATION

10. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

11. Upon conviction of any offense alleged in this Indictment in violation of 21 U.S.C. §§ 841 and/or 846, the defendants, **ERIC FOGGIE-STOKES, DERRICK L. DAVIS, JR.,** and **KEVIN BOWERS**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

Recovered on January 17, 2025, from 1153 Chittenden Avenue:
- One Glock model 27, .40 caliber pistol, serial number RER243;
- One Canik model TP, 9mm caliber pistol, serial number SN24CB14994;
- Ammunition; and
- Approximately $3363 in United States currency.

Recovered on June 5, 2025, from 2548 Hiawatha Street:
- One Glock model 19 Gen 5, 9mm caliber pistol, serial number CDMW072; and
- Ammunition.

Recovered on July 30, 2025, from 2548 Hiawatha Street:
- One Taurus model G2C, 9mm caliber pistol, serial number ADD236C12;
- One Glock model 19x, 9mm caliber pistol, serial number BYNB424; and
- Ammunition.

Recovered on July 30, 2025, from 4865 Birch Forest Way:
- Approximately $3800 in United States currency.

Recovered on July 30, 2025, from 1265 Mooberry Street:
- One Lorcin model L380, .380 caliber pistol, serial number 547220; and
- Ammunition.

Recovered on November 25, 2025, at 2916 Pontiac Street:
- One Glock model 22, .40 caliber pistol, serial number XHW157;
- Ammunition; and
- Approximately $261 in United States currency.

Recovered on November 25, 2025, from 3756 Pendent Lane:
- One CZ model SP-01, 9mm caliber pistol, serial number D106508;
- One Beretta model A300, shotgun, serial number SA017273;
- One American Tactical Omni, multi-caliber rifle, serial number NS332358;
- One KSA model LLC, .22 caliber long rifle;
- One Smith and Wesson model 22A, .22 caliber pistol, serial number UDN3656; and
- Ammunition.

Recovered on November 25, 2025, from Awesome Possum Storage Unit #153:
- One SKS Arsenal model SLR95, .762 rifle, serial number BA362807;
- One Heritage Rough Rider, .22 caliber rifle, serial number 3PH255026;
- One Rossi Gallery, .22 caliber rifle, serial number 7CG028486P;
- One Intratec model Tec 22, .22 caliber rifle, serial number 057954;
- One Taurus model G2C, 9mm caliber pistol, serial number AEE386844;
- One Canik METE MC9, 9mm caliber pistol, serial number 23CT74816;
- One Savage Arms Axis, 6.5 Creedmoor rifle, serial number P931371;
- One Ruger model LCP, .380 caliber pistol, serial number R75-518698;
- One Savage Arms Axis, 30/06 rifle, serial number J765675; and
- Ammunition.

**Forfeiture notice in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

s/Foreperson
GRAND JURY FOREPERSON


DOMINICK S. GERACE II
UNITED STATES ATTORNEY

ELIZABETH A. GERAGHTY (0072275)
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorneys